618

463 A.2d 23

Commonwealth v. Anderson, Appellant.

Submitted June 16, 1982. Harry E. Knafelc, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

463 A.2d 24

Commonwealth v. Ashford, Appellant.

Submitted April 26, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.